IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM C. BECK | Criminal Indictment No.<br><br>1:19-CR-184-MHC-JSA<br><br>(Superseding) |

### BILL OF PARTICULARS

The United States of America, by Byung J. Pak, United States Attorney, and Sekret T. Sneed, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property to the forfeiture provision of the above-captioned Superseding Indictment:

### 575 KUGLAR ROAD, BOWDON, CARROLL COUNTY, GEORGIA
**[Parcel ID No.: 042 0065]**

All that tract or parcel of land lying and being in Land Lot 115 of the 10th District, Carroll County, Georgia, being more particularly shown and delineated on a plat entitled "Survey for John A. Butler", prepared by Harrison Engineering Assoc., certified by Jacob Roland Harrison, Georgia Registered Land Surveyor, dated May 1, 1975, and appearing of record in Plat Book 15, Page 61, Carroll County, Georgia Records, which recorded plat is incorporated herein by reference and made a part of this description. Said tract containing 1.00 acre.

Respectfully submitted,

BYUNG J. PAK
  *United States Attorney*

/s/Sekret T. Sneed
   *Assistant United States Attorney*
  Georgia Bar No. 252939
  sekret.sneed@usdoj.gov

600 U.S. Courthouse   75 Ted Turner Drive SW   Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

December 30, 2019

/s/ SEKRET T. SNEED

Sekret T. Sneed

Assistant United States Attorney