IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM C. BECK | Criminal Action No.<br><br>1:19-cr-00184-MHC-JSA |

**Government's Proposed Voir Dire Questions**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Brent Alan Gray and Sekret T. Sneed, Assistant United States Attorneys, for the Northern District of Georgia, hereby submits the following proposed questions for the voir dire of the jury panel.

INDIVIDUAL QUESTIONS

1. What is your name?
2. (a) In what county do you currently reside?

    (b) How long have you lived there?

    (c) How long have you been a resident of the Northern District of Georgia?

    (d) Where did you reside previously?
3. (a) How are you currently employed?

    (b) How long have you been so employed?

    (c) What was your previous employment?
4. What is your educational background?

1

5. (a) What is your marital status?

   (b) What is your spouse's occupation?

   (c) Do you have children?

   (d) Please state each child's sex, age, and employment, if any.

6. Do you belong to any social or professional organizations? Please identify them and state what offices you have held in them.

### PUBLIC AND INSURANCE-RELATED EMPLOYMENT

7. Have you ever been elected to a public position within local, state, or federal government?

If so --

(a)     Please describe the nature and duration of that position.

(b)     During this trial, you may learn that the Defendant was elected to state-wide public office. Based on what you know now, do you suspect that your experience as an elected official will affect your ability to be fair to the Defendant or to the United States?

8. Have you ever worked in the insurance industry or in a business closely related or connected to the insurance industry?

If so –

(a) Please describe the nature and duration of that position.

(b) During the course of this trial, you will hear evidence related to the insurance business and, in particular, about the Georgia Underwriting Association (GUA). Based on what you know now, do you suspect that your

professional experience in the insurance industry will affect your ability to be fair to the Defendant or to the United States?

RELATIONSHIP WITH GOVERNMENT

9. Have you or any of your relatives or close friends ever had any dealings or involvement with the United States Department of Justice, the FBI, the Internal Revenue Service (IRS) or the United States Attorney's Office?

If so --

(a) What was the nature of the dealings or involvement?

(b) When did it occur?

(c) Did you feel that you were treated fairly or unfairly? Why?

10. Do you know or have any connection to either of the prosecutors in this case – Assistant United States Attorney Brent Alan Gray or Assistant United States Attorney Sekret T. Sneed? Do you know or have any connection to the Acting United States Attorney for the Northern District of Georgia, Kurt Erskine? If so, please explain.

11. Do you know or have any connection to the case agent who will be seated with the prosecutors during this trial – FBI Special Agent Steve Dunn? If so, please explain.

12. Have you or has a relative or a close friend ever been accused of a crime, the victim of a crime, or a witness to a crime?

If so --

(a) What type of crime and when did it occur?

(b) What was your involvement (or that of your relative or close friend)?

(c) Was the crime prosecuted?

(d) Did you (or your relative or close friend) testify in court?

13. As a result of your experiences (or those of your relative or close friend), do you have any strong feelings about law enforcement officers, prosecutors, criminal defense lawyers, judges, or the criminal justice system in general, that may affect the way you view the case? Would those feelings make it difficult for you to be fair?

14. If the government proves its case against the Defendant beyond a reasonable doubt, would you have any problems returning a verdict of guilty because the Defendant is or was a law enforcement officer? If the government proves its case against the Defendant beyond a reasonable doubt, would you have any problems returning a verdict of guilty if the victim was suspected of committing a crime?

## RELATIONSHIP WITH THE DEFENSE

15. Do you know or have any connection with the Defendant, Jim C. Beck or his wife, Lucile Beck, or any member of his family? If so, please explain.

16. Do you know or have connection with any of the Defendant's attorneys, William "Bill" Thomas, Randy Chartash, or Doug Chalmers? If so, please explain.

## OTHER CONCERNS

17. Do you have any concerns about yourself (health, family, work or personal obligations) that might prevent you from giving this trial your undivided attention?

18. Do you have any physical challenges or mental disabilities that might prevent you from reading exhibits introduced into evidence, from hearing the testimony that will come from the witness chair, or that would in any way interfere with your duties as a juror?

19. Are you now taking or do you anticipate taking medication of any kind during the course of the trial that might in any way affect your ability to concentrate, understand, consider, and weigh the evidence in this case?

20. Do any of you have any beliefs (moral, religious, philosophical, or otherwise) that would make it difficult for you to sit in judgment of the Defendant?

21. There is nothing wrong with feeling some sympathy for the Defendant or for the prosecution in this case, and it certainly does not reflect badly upon you as a person. But, both the government and the Defendant are entitled to have this case heard by a fair and impartial jury that will decide this case solely on the evidence admitted in this Court and according to the Court's instructions on the law. The law provides that the jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do you know of any reason why you might be unable to give either the government or the Defendant a fair trial based solely on the evidence submitted at trial and the instructions given by the Court?

22. Can you think of any other matter that has not been asked about that would have some bearing on your qualifications to sit as a juror in this case or which may prevent you from rendering a fair and impartial verdict?

Respectfully submitted,

KURT R. ERSKINE
   *Acting United States Attorney*


/s/BRENT ALAN GRAY
   *Assistant United States Attorney*
   Georgia Bar No. 155089
   brent.gray@usdoj.gov


/s/SEKRET T. SNEED
   *Assistant United States Attorney*
   Georgia Bar No. 252939
   sekret.sneed@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

June 11, 2021

/s/ SEKRET T. SNEED
SEKRET T. SNEED
*Assistant United States Attorney*