IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> JIM C. BECK ) <br> ) | Criminal Case <br> No. 1:19-CR-184 |

## VOIR DIRE

### PROPOSED VOIR DIRE QUESTIONS AND REQUEST TO PERMIT DEFENSE COUNSEL TO PARTICIPATE IN VOIR DIRE

COMES NOW, the defendant Jim Beck, by and through undersigned counsel, and files these proposed questions for the Court's consideration during voir dire.

### PART I.

### QUESTIONS TO BE ASKED INDIVIDUALLY TO EACH PROSPECTIVE JUROR

**GENERAL**

Please state:

1. Your full name;

2. Age;

3. The city in which you live;

4. Highest level of education;

1

5. Your occupation;

6. How long you had or been employed at your occupation;

7. Whether you hire and fire;

8. Whether you have worked with or hired family or close friends;

9. Whether you have ever been employed by a government agency;

10. Whether you ever worked or had a second job or run a side business;

11. Whether you supervise anyone at work;

12. If you have a spouse and/or children where they live and their age;

13. How they are employed and/or where they go to school;

14. If you live with an adult, what they do for a living;

15. If you live with other people, their relation to you;

16. Whether you own your home or rent;

17. Whether you have ever had an insurance claim on your home?

18. Whether you know any of the parties and/or attorneys in this case.

[Introduce the members of the defense and prosecution team].

**QUESTIONS TO THE PANEL**

19. Have you ever worked for an insurance company or as an agent?

20. Does anyone have any personal knowledge about the facts of this case?

21. Has any member of the panel been exposed to any pre-trial publicity

about this case, or about Jim Beck.

22. Has any member of the panel of heard about the Christian Coalition or Georgia Christian Coalition?

23. Has any member of the panel ever served on a jury? If yes, please indicate:

    a. how many times you served on a jury;
    b. when you served on a jury;
    c. whether the case was civil or criminal;
    d. the nature of the case;
    e. whether the jury deliberated and reached a verdict;
    f. whether you were selected as the foreperson on the jury; and
    g. whether there was anything about prior jury service that would cause you to be biased in any way in this case?

24. Has any member of the panel ever served in the military? If so:

    a. in which branch, and what rank did you attain;
    b. what type of discharge did you receive; and
    c. were you subject to or did you serve on any court martial proceedings?

25. Have you, a family member, or close friend ever been a victim of a crime? If yes, please indicate the kind of crime or crimes involved. Has this experience left you with a negative, positive or neutral impression of law enforcement, judges, the judicial system, prosecutors, defense attorneys, or the criminal justice system? Is there anything about this experience that would keep you from being a fair and impartial juror in this matter?

26. Have you, a family member, or close friend ever been investigated for, arrested for, charged with, or convicted of any offense other than a minor traffic offense? If yes, please indicate:

    a. the nature of the offense for which you were arrested or charged;
    b. the disposition of the charge (i.e., dismissal of the charges, imprisonment, probation, fine, etc.); and
    c. whether this experience has left you with a negative, positive or neutral impression of law enforcement, judges, the judicial system, prosecutors, defense attorneys, or the criminal justice system?

27. Have you, a family member, or close friend ever served as a witness at a criminal trial, civil trial, and/or grand jury? If so:

    a. please explain the circumstances; was there anything about those proceedings or the circumstances leading up to them that you found upsetting or troubling;
    b. was there anything about those proceedings that would prevent you from being fair and impartial in this case; and
    c. please state whether the experience left with you with a positive, negative, or neutral impression of law enforcement, judges, the judicial system, prosecutors, defense attorneys, or the criminal justice system.

28. Have you ever had occasion to visit sites on the internet like Zillow or Redfin. What other sites do you visit?

29. Are you a member of any groups, clubs or organizations? Do you hold any position of authority in them?

30. Do you have any bumper sticker(s), on your car? If yes, what are they?

31. Does anyone suffer from any medical condition or impairment, including eyesight or hearing difficulties, that would prevent you from hearing the testimony and devoting your full attention to the presentation of the case?

32. Does the fact that the country, the world, is suffering from a pandemic and that it is contagious, have an effect on your ability to sit and concentrate in judgment of another person?  Is there anything about the current/recent Pandemic that would affect your ability to be a fair and impartial juror?

33. Are you, or do you anticipate, taking any medication that could affect your ability to concentrate in any way?

34. Is there anyone with difficulty understanding English or seeing or hearing things in the courtroom that could impair your ability to devote your full attention to this trial?

35. Does any member of the panel know of any reason why you may be prejudiced for or against the government, for or against any witness, or for or against the defendant, because of the nature of the charges or otherwise?

36. Do you know of any other reason why you would be unable to sit on this jury?

37. Do you have any opinions or feelings about the criminal justice system, such as judges, prosecutors, defense lawyers, and law enforcement officials, that would make it difficult for you to be fair and impartial jurors in this case?

38. If you are selected as a juror in this case, you will take an oath to decide this case to the best of your ability based on the evidence. If the evidence is insufficient to prove the defendant guilty beyond a reasonable doubt, your oath will require that you come out of the jury room and tell the defendant that you have found him not guilty. Can you give me your assurance that you can do that?

39. The defendant has been charged by an indictment. Do you understand that the fact that the defendant was indicted is not evidence of whether the defendant is guilty or not guilty, but is instead simply the method by which a defendant is accused of a crime? Is there anything about that fact that would prevent you from being fair and impartial in this case to either the defendant(s) or the government?

40. The law does not compel a defendant in a criminal case to take the witness stand and testify. A defendant is presumed innocent, and no presumption of guilt or inference of any kind may be drawn if a defendant does not testify. Is there anything

about that fact that would prevent you from being fair and impartial in this case to either the defendant(s) or the government?

41.  Every defendant is presumed innocent and cannot be convicted unless the jury, based solely on the evidence in this case, unanimously decides that guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendant has no burden at all. Is there anything about that fact that would prevent you from being fair and impartial in this case to either the defendant(s) or the government?

42.  The trial is expected to last approximately two weeks or so. Is there anything about the proposed length of the trial that could prevent you from serving as a juror through the close of evidence and deliberations? If so, please explain.

50.  Do you read any financial or business publications, such as the Wall Street Journal, Financial Times, or Fortune? If so, which ones do you read?

51.  Do you watch cable news and if so what channel(s)?  If yes, which ones?

52.  Have you ever owned or run your own business or company? If so, did you consider yourself a "hands on" boss?

53.  If you have run your own business, or supervised others, how many people were you responsible for supervising?

54. This case concerns the defendants' activities as the General Manager at Georgia Underwriting Association. The indictment charges that the defendant participated in a false invoicing scheme. Is there anything about the nature of this case or the charges that would make it difficult for you to be fair and impartial both to the government and the defendant?

55. Mr. Beck is the elected State of Georgia Insurance Commissioner. The charges are unrelated to his position as Insurance Commissioner but relate to his conduct as a private citizen. Does the fact that this case involves charges against a public official but related to his private business affairs, affect your ability to be fair to both sides in this case?

56. Have you ever worked at a full time or part time job where you were paid in cash?

57. Have you or any members of your family ever been engaged in a lawsuit against the United States government?

58. Have you or any of your close friends or relatives ever had any contact with the Federal Bureau of Investigation, Internal Revenue Service or the United States Attorney's Office? If so, can you describe that interaction. Is there anything about that interaction that would prevent you from being fair and impartial in this case to either the defendant(s) or the government?

8

59. Have you, a member of your family, or a close friend ever been employed by the federal government or the United States Attorney's Office? If so, in what capacity? Has that employment left you with a negative, positive or neutral impression of the federal government or individuals who work for the federal government?

60. Have you, a family member, or close friend ever had any contact with law enforcement officials that has caused you to form strong opinions, either positive or negative, regarding law enforcement?

61. Have you, a family member, or close friend ever been employed as a law enforcement officer? If so, in what capacity? Has that employment left you with a negative, positive or neutral impression of law enforcement?

62. Have you ever been questioned as part of a criminal investigation by any federal, state, or local law enforcement agency? Please state whether this experience left you with a negative, positive or neutral impression of law enforcement, judges, the judicial system, prosecutors, defense attorneys or the criminal justice system.

63. Would you have any difficulty giving testimony by law enforcement officers the same weight that you would give testimony by other witnesses?

64. You were instructed, and will be instructed throughout the trial, that you cannot read or listen to any accounts of this case in the media, including the internet. Is there anyone here who thinks this will be too difficult to do? If you inadvertently hear or see something, can you give us your assurance that you will still decide the case only on the basis of evidence presented in the courtroom?

65. Do you watch television shows and/or read books about the police, lawyers, and/or the criminal justice system? How often? Which ones?

66. Are you, a member of your family, or close friend a lawyer? If yes, please indicate whether your relationship with that individual left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys, or lawyers generally.

67. Are you, a member of your family, or close friend a lawyer specializing in criminal law, either as a prosecutor or defense attorney? If yes, please indicate whether your relationship with that individual left you with a negative, positive or neutral impression of judges, the judicial system, prosecutors, defense attorneys, or lawyers generally.

68. Have you ever had any legal training, taken legal courses, or ever worked in a law office?

DATED: June 11, 2021

                                      Respectfully submitted,

                                      *William H. Thomas Jr.*

WILLIAM H. THOMAS JR.
GA. BAR NO. 706610
Attorneys for Defendant

*Randy S. Chartash*
Chartash Law, LLC
Georgia Bar No. 121760
3151 Maple Dr., NE
Atlanta, GA 30305
randy@chartashlaw.com
404-333-2423

*Douglas Chalmers Jr.*
Douglas Chalmers, Jr.
Chalmers & Adams, LLC
Georgia Bar No. 118742
5805 State Bridge Rd., #G77
Johns Creek, GA   30097
chalmersadams.com
770-630-5927 (office)

The W.H. Thomas Firm, LLC
511 East Paces Ferry Road NE
Atlanta, GA 30305
(404) 897-3523 (ofc)
(678) 965-1781 (fax)