# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00184-MHC-JSA
## USA v. Beck
## Honorable Mark H. Cohen

Minute Sheet for proceedings held via teleconference on 06/21/2021.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:15 P.M.      COURT REPORTER: Judith Wolff
TIME IN COURT: 00:15                 DEPUTY CLERK: Lynn Beck
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Jim C. Beck NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Chalmers representing Jim C. Beck<br>Randy Chartash representing Jim C. Beck<br>Brent Gray representing USA<br>Sekret Sneed representing USA<br>William Thomas representing Jim C. Beck |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court conducted a telephone conference call with the attorneys to get an update regarding the status of the case before the scheduled trial of July 12, 2021. The parties updated the Court. The Court advised the covid-related trial adjustments that had been made. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |