# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00184-MHC-JSA
## USA v. Beck
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 06/29/2021.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:15 A.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Judith Wolff
CSO/DUSM: Rickey Meadows
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Jim C. Beck Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Chalmers representing Jim C. Beck<br>Randy Chartash representing Jim C. Beck<br>Brent Gray representing USA<br>Sekret Sneed representing USA<br>William Thomas representing Jim C. Beck |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | The Court conducted the pretrial conference and discussed the jury selection process and procedural process for the criminal trial scheduled for July 12, 2021. |
| HEARING STATUS: | Hearing Concluded |