## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CRIMINAL ACTION NO. |
| v. | : | |
| | : | 1:19-cr-00184-MHC-JSA |
| JIM C. BECK, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Pursuant to Local Rule 83.4(A) for the Northern District of Georgia, it is hereby ordered that the below listed individuals be allowed to bring the electronics listed below to Courtroom 1905 of the United States Courthouse on June 30, 2021 and beginning July 12, 2021 for the purpose of access case specific electronic files and the presentation of evidence and/or demonstration.

Individuals:
- Sofia K. Hirani – Hirani Consulting, LLC
- Christina Perez Young – Hirani Consulting, LLC

Electronics permitted:
- Laptops (PCs and Macbooks) and Laptop chargers
- USB drives and external hard drives
- iPhones and iPads
- Adapters
- Any other electronics deemed necessary for trial proceedings

Proper identification will be required upon entering the security station on the Plaza or Lower Level Plaza. This order shall be effective until completion of proceedings.

SO ORDERED, this 30th day of June, 2021.

MARK HOWARD COHEN
U.S. DISTRICT JUDGE