IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JIM C. BECK

Criminal Action No.

1:19-cr-00184-MHC

**Trial Stipulations**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Brent Alan Gray and Sekret T. Sneed, Assistant United States Attorneys, for the Northern District of Georgia, and the defendant, Jim C. Beck, by William H. Thomas, Jr., Randy S. Chartash and Douglas Chalmers, Jr., hereby enter the following trial stipulation:

1. The parties stipulate that the following documents and records, previously exchanged by the parties in discovery, are true and correct copies of records of acts, events, or conditions that (i) were made at or near the time of the acts, events, or conditions by—or from information transmitted by—someone with knowledge; (ii) were kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit; (iii) were made as a regular practice of that activity; and (iv) neither the source of information nor the method or circumstances of preparation indicate a lack of trustworthiness:

   a. Google records associated with the email account, jimcbeck@gmail.com;

   b. JMI inspection records and invoices for service provided to Georgia Underwriting Association ("GUA");

c. Business records of Creative Consultants;

d. Business records of GA Christian Coalition;

e. Business records of GUA;

f. Business records of Green Technology Services;

g. Business records of Mitigating Solutions;

h. Business records of Lucca Lu, LLC;

i. Business records of Paperless Solutions, LLC;

j. SunTrust records associated with the accounts of Creative Consultants, Jim Beck and/or Lucile Beck;

k. Wells Fargo records associated with the accounts of Lucca Lu, Mitigating Solutions, Steve McKaig and/or Sonya McKaig;

l. United Community Bank records associated with the accounts of Matthew Barfield, Green Technology Services, Steve Gradick, Paperless Solutions, Look into the Future Properties I, LLC, Jim Beck and/or Lucile Beck;

m. BB&T records associated with the accounts of GUA;

n. Bank of America records associated with the account(s) of Georgia Arson Control Program;

o. FedEx service shipment records associated with shipments in 2016 between Jim Beck and Green Technology Services/Matthew Barfield;

p. Adventures in Advertising (AIA)/Gecko Production records associated with the production and purchase in 2018 of Jim Beck campaign signs;

q. Community and Southern Bank (aka Bank of OZK) associated with the accounts of GA Christian Coalition, Creative Consultants, and Jim and/or Lucile Beck;

r. Ameriprise Financial Services (including Ameriprise Certificate Company) records associated with the accounts of GA Christian Coalition, Creative Consultants, and Jim and/or Lucile Beck; and

s. Chase Bank records associated with the accounts of GA Christian Coalition, Creative Consultants, and Jim and/or Lucile Beck.

Agreed to this 12th day of July, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ___/s/ William H. Thomas Jr.___<br>William H. Thomas Jr.<br>511 East Paces Ferry Road NE<br>Atlanta, GA 30305<br>404-897-3523<br>Georgia Bar No. 706610<br>Attorneys for Defendant | KURT R. ERSKINE<br>*Acting United States Attorney* |
| ___/s/ Randy S. Chartash___<br>Chartash Law, LLC<br>Georgia Bar No. 121760<br>3151 Maple Dr., NE<br>Atlanta, GA 30305<br>randy@chartashlaw.com<br>404-333-2423 | /s/ BRENT ALAN GRAY<br>*Assistant United States Attorney*<br>Georgia Bar No. 155089<br>brent.gray@usdoj.gov |
| ___/s/ Douglas Chalmers Jr.___<br>Douglas Chalmers, Jr.<br>Chalmers & Adams, LLC<br>Georgia Bar No. 118742<br>5805 State Bridge Rd., #G77<br>Johns Creek, GA 30097<br>chalmersadams.com; 770-630-5927 | /s/ SEKRET T. SNEED<br>*Assistant United States Attorney*<br>Georgia Bar No. 252939<br>sekret.sneed@usdoj.gov |

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 12, 2021

                                        /s/ SEKRET T. SNEED
                                        SEKRET T. SNEED
                                        *Assistant United States Attorney*