# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00184-MHC-JSA
## USA v. Beck
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 07/20/2021.

TIME COURT COMMENCED: 8:45 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 7:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Judith Wolff
CSO/DUSM: Rickey Meadows
DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Jim C. Beck Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Chalmers representing Jim C. Beck<br>Randy Chartash representing Jim C. Beck<br>Brent Gray representing USA<br>Sekret Sneed representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MOTIONS RULED ON: | DFT#1-[112]Motion for Acquittal DENIED |
| MINUTE TEXT: | The parties presented argument on the motion for acquittal. The defense motion was denied. Defense witness Patricia Bergstrom sworn & testified. Defense exhibits 231,232,234-246,242A,242B,243A,244A, 244B,245A,245B,246A admitted. Defense witness Robert H. Schurke sworn & testified. Defendant Jim Beck sworn & testified. Defense exhibits 259A,181,183,193,82A,102,71,169 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. |
| TRIAL STATUS: | Evidence Entered, Continued |