IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM C. BECK | Criminal Action No.<br><br>1:19-CR-000184-MHC-JSA |

### Government's Motion for Dismissal of Counts

In light of testimony presented during the trial of the above-styled case about the physical whereabouts of a specific witness during a particular time period, the government moves for dismissal of Counts 5, 9, 10, 12, 34, and 35 of the Superseding Indictment, filed August 14, 2019, charging violations of 18 U.S.C. Section 1343 (Counts 5, 9, 10, and 12) and 18 U.S.C. Section 1957 (Counts 34 and 35) and seeks an order of the same from this Court.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

By:  Brent Alan Gray
*Assistant United States Attorney*
Georgia Bar No. 155089
Brent.gray@usdoj.gov

---

### Order

On this 21st day of July, 2021, upon motion of the United States Attorney, leave to file the above-dismissal is granted on such terms as are contained in the Government's motion.

MARK H. COHEN
UNITED STATES DISTRICT JUDGE