**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JIM C. BECK,**

      **Defendant.**

**CRIMINAL ACTION FILE**

**NO. 1:19-CR-184-MHC-JSA**

## ORDER

In accordance with 18 U.S.C. §§ 3142(c) and 3143(a), it is hereby

**ORDERED** that Defendant shall be permitted to remain on bond prior to his

sentencing hearing under the terms and conditions previously imposed by the

Magistrate Judge [Doc. 9] plus the following additional conditions:

> You shall be monitored by the **Location Monitoring - Home Incarceration Program** until your sentencing hearing and shall abide by all program rules and requirements of the program. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer. You are restricted to your residence at all times, except for medical necessities, Sunday church services, visits with his attorneys, and court appearances or other activities specifically approved by the court or his probation officer.

**IT IS SO ORDERED** this _22nd_ day of July, 2021.

_____
MARK H. COHEN
United States District Judge