IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C ATLANTA
Date: JUL 22 2021
KEVIN P. WEIMER, Clerk
By: s/Lynn Wood Beck
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION FILE |
| JIM C. BECK, | NO. 1:19-CR-184-MHC |
| Defendant. | |

## VERDICT FORM

**1.**

As to Count One of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____            *[signature]*
Not Guilty            Guilty

**2.**

As to Count Two of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____            *[signature]*
Not Guilty            Guilty

**(Please Proceed to Page 2)**

**3.**

As to Count Three of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        _____*[signed]*_____
Not Guilty                                  Guilty

**4.**

As to Count Four of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        _____*[signed]*_____
Not Guilty                                  Guilty

**5.**

As to Count Six of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        _____*[signed]*_____
Not Guilty                                  Guilty

**6.**

As to Count Seven of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        _____*[signed]*_____
Not Guilty                                  Guilty

**(Please Proceed to Page 3)**

**7.**

As to Count Eight of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____                                   _____
Not Guilty                                   Guilty ✓

**8.**

As to Count Eleven of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____                                   _____
Not Guilty                                   Guilty ✓

**9.**

As to Count Thirteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____                                   _____
Not Guilty                                   Guilty ✓

**10.**

As to Count Fourteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____                                   _____
Not Guilty                                   Guilty ✓

**(Please Proceed to Page 4)**

**11.**

As to Count Fifteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  _X_ _____
Not Guilty                  Guilty

**12.**

As to Count Sixteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  _X_ _____
Not Guilty                  Guilty

**13.**

As to Count Seventeen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  _X_ _____
Not Guilty                  Guilty

**14.**

As to Count Eighteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  _X_ _____
Not Guilty                  Guilty

**(Please Proceed to Page 5)**

**15.**

As to Count Nineteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____         _/s/_ _____
Not Guilty                       Guilty

**16.**

As to Count Twenty of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____         _/s/_ _____
Not Guilty                       Guilty

**17.**

As to Count Twenty-One of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____         _/s/_ _____
Not Guilty                       Guilty

**18.**

As to Count Twenty-Two of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____         _/s/_ _____
Not Guilty                       Guilty

**(Please Proceed to Page 6)**

**19.**

As to Count Twenty-Three of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _____
Not Guilty          Guilty *(signed)*

**20.**

As to Count Twenty-Four of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _____
Not Guilty          Guilty *(signed)*

**21.**

As to Count Twenty-Five of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _____
Not Guilty          Guilty *(signed)*

**22.**

As to Count Twenty-Six of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _____
Not Guilty          Guilty *(signed)*

**(Please Proceed to Page 7)**

### 23.

As to Count Twenty-Seven of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____ Not Guilty          _[signed]_ Guilty

### 24.

As to Count Twenty-Eight of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____ Not Guilty          _[signed]_ Guilty

### 25.

As to Count Twenty-Nine of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____ Not Guilty          _[signed]_ Guilty

### 26.

As to Count Thirty of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____ Not Guilty          _[signed]_ Guilty

**(Please Proceed to Page 8)**

**27.**

As to Count Thirty-One of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  Not Guilty

*[signature]* Guilty

**28.**

As to Count Thirty-Two of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  Not Guilty

*[signature]* Guilty

**29.**

As to Count Thirty-Three of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  Not Guilty

*[signature]* Guilty

**30.**

As to Count Thirty-Six of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____  Not Guilty

*[signature]* Guilty

**(Please Proceed to Page 9)**

**31.**

As to Count Thirty-Seven of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _/s/_ _____
Not Guilty                              Guilty

**32.**

As to Count Thirty-Eight of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _/s/_ _____
Not Guilty                              Guilty

**33.**

As to Count Thirty-Nine of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _/s/_ _____
Not Guilty                              Guilty

**34.**

As to Count Forty of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____          _/s/_ _____
Not Guilty                              Guilty

**(Please Proceed to Page 10)**

**35.**

As to Count Forty-One of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        ___/s/_____
Not Guilty                                Guilty

**36.**

As to Count Forty-Two of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        ___/s/_____
Not Guilty                                Guilty

**37.**

As to Count Forty-Three of the Superseding Indictment, we, the Jury, unanimously find the Defendant JIM C. BECK:

_____        ___/s/_____
Not Guilty                                Guilty

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this 22nd day of July, 2021.

Jury Foreperson's Signature: _/s/ John Colegrove_____

Jury Foreperson's Printed Name: _John Colegrove_____