```
                                              FILED IN OPEN COURT
                                                 U.S.D.C ATLANTA
                                           Date: JUL 22 2021
                                                KEVIN P. WEIMER, Clerk
                                           By: s/Lynn Wood Beck
                                                  Deputy Clerk
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | |
| **JIM C. BECK** | **NO. 1:19-CR-184-MHC** |

## TO THE ABOVE NAMED DEFENDANT:

By direction of the Honorable Mark H. Cohen, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia on **FRIDAY, OCTOBER 8, 2021, AT 10:00 A.M.** for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom 1905, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303, where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on this above date will result in the forfeiture of your bond.

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of the building).

DATE:      July 21, 2021                          JAMES N. HATTEN, CLERK

DEFENDANT: _____
           Jim C. Beck

COUNSEL:   _____       BY: _____
           William Thomas                     Lynn Wood Beck
                                              COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call Lynn Wood Beck, Courtroom Deputy Clerk, at 404-215-1315.

U.S. Attorney                                AUSA: Brent Gray, Sekret Sneed
U.S. Marshal                                 Counsel for Defendant
U.S. Probation