# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION FILE** |
| v. | NO. 1:19-CR-184-MHC |
| **JIM C. BECK,** | |
| **Defendant.** | |

## RECEIPT FOR OVERSIZED AND NON-DOCUMENTARY EXHIBITS

I received from Lynn Wood Beck, Courtroom Deputy Clerk to the Honorable Judge Mark H. Cohen, on this 22nd day of July, 2021, the following Defense Exhibits: Exhibit 188A – phone equipment, Exhibit 188B – phone equipment.

These exhibits are from the trial beginning July 12, 2021, held before Judge Cohen. Pursuant to Local Rule 71.(B)(5), I acknowledge that I must file photographs or other appropriate reproductions of these exhibits by July 22, 2021, unless otherwise ordered by the Court.

_____
WILLIAM THOMAS
Counsel for Defendant