IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

JIM C. BECK

Criminal Action No.

1:19-cr-00184-MHC-JSA

### CONSENT PRELIMINARY ORDER OF FORFEITURE

The jury having convicted the defendant, Jim C. Beck ("Defendant"), on Counts One through Four, Six through Eight, Eleven, Thirteen through Twenty-Five, Twenty-Six through Thirty-Three, and Thirty-Six through Thirty-Nine of the Superseding Indictment, pursuant to which the United States sought forfeiture of certain property under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a), and the Court having determined that the property described below is subject to forfeiture pursuant thereto, that the Government has established the requisite nexus between said property and the offenses charged in Counts One through Four, Six through Eight, Eleven, Thirteen through Twenty-Five, Twenty-Six through Thirty-Three, and Thirty-Six through Thirty-Nine of the Superseding Indictment, and the Defendant having consented to this Consent Preliminary Order of Forfeiture becoming final as to him, being made a part of his sentence and being included in the judgment against him;

IT IS HEREBY ORDERED that the Defendant shall forfeit to the United States his interest in the following property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1):

  i. FUNDS

     a. $80,000.00 in funds seized from United Community Bank Account ending 5675 held in the name of Jim Beck for Georgia, Inc., on May 14, 2019;

     b. $5,009.77 in funds seized from United Community Bank Account ending 9227 held in the name of Jimmy C Beck dba GA Christian Coalition, on May 14, 2019;

     c. $6,772.82 in funds seized from SunTrust Bank Account ending 3824 held in the name of Lucile R. Beck dba Creative Consultants, on May 14, 2019;

     d. $78,049.25 in funds seized from Ameriprise Financial Account ending 3133 held in the names of Lucile R. Beck and Jim C. Beck, on June 3, 2019; and,

     e. $256,901.64 in funds seized from Ameriprise Certificate Company account ending 9001 held in the names of Lucile R. Beck and Jim C. Beck Sr., on June 3, 2019.

  ii. MONEY JUDGMENT: A forfeiture money judgement in the amount of $2,064,781.85, representing the amount of proceeds the Defendant received as a result of the offenses upon which he was convicted.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1), the Defendant shall forfeit to the United States his interest, and whatever interest he might hold as an owner of Look into the Future Properties I, LLC and Look into the Future Properties II, LLC, in the following property:

    a.  The real property located at 404 Old Peachtree Road, Lawrenceville, Gwinnett County, Georgia 30043, more particularly described as:

> All that tract or parcel of land lying and being in Land Lot 149 of the 7th District, Gwinnett County, Georgia, being designated as Tract 2, containing 0.72 acres, as shown on a plat of survey recorded in Plat Book T, Page 127B, Gwinnett County, Georgia Records, which plat is incorporated herein by reference and made a part hereof;

    b.  The real property located at 556 Frashier Road, Carrollton, Carroll County, Georgia 30116, more particularly described as:

> All that tract or parcel of land lying and being in Land Lot 181 of the 5th District of Carroll County, Georgia, containing 0.88 acres, and being more particularly described on plat of survey for "Billy Maxwell," dated July 20, 2006, prepared by Henry T. McBrayer, GA RLS #2570, recorded in Plat Book 100, Page 231, Carroll County, Georgia Records, which plat is incorporated herein by reference for a more complete and accurate description of said property;

(collectively, "Subject Real Property").

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize all of the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 982(b)(1), any person, other than the named Defendant and Lucile Beck as set forth in Attachment A to this Consent Preliminary Order of Forfeiture, asserting a legal interest in the property may within thirty days of the final publication of the notice or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

4

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture is hereby final as to the Defendant but remains preliminary as to third parties, except for Lucile Beck as set forth in Attachment A to this Consent Preliminary Order of Forfeiture, until the ancillary proceeding is concluded under Rule 32.2(c).

SO ORDERED this _____ day of _____, 2021.

_____

MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Submitted by:

Sekret T. Sneed
Assistant United States Attorney

Consented to:

William H. Thomas Jr.
The W.H. Thomas Firm, LLC
bill@whthomaslawfirm.com
511 East Paces Ferry Road NE
Atlanta, GA 30305
(404) 897-3523

Consented to:

Randy S. Chartash
Chartash Law, LLC

for Randy
Chartash
w/ permission

Georgia Bar No. 121760
3151 Maple Dr., N.E.
Atlanta, Georgia 30305
randy@chartashlaw.com
(404)333-2423