# UNITED STATES DISTRICT COURT

# FOR THE

# NORTHERN DISTRICT OF GEORGIA



## REPORT AND ORDER TO TERMINATE LOCATION MONITORING CONDITION AND REMOVE EQUIPMENT

UNITED STATES OF AMERICA           DOCKET NO.: 1:19-CR-00184-01-MHC

V.

JIM BECK

The above defendant is currently on Location Monitoring and is due to voluntary surrender to Federal Prison, Maxwell Air Force Base in Montgomery, Alabama, on December 2, 2021. The Location Monitoring equipment will be removed on December 1, 2021, prior to his surrender.

Respectfully submitted,

*Shannon Brewer*

Shannon Brewer, Sr. U.S. Probation Officer

Pursuant to the above report, it is ordered that the condition of Location Monitoring is hereby terminated as of date in order to facilitate surrender to the Bureau of Prisons.

Dated this __9th__ day of __November__, 20__21__.

Mark H. Cohen

United States District Judge